CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 19 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MAUREEN BRYANT,<br>                          *Plaintiff,*<br><br>v.<br><br>WASHINGTON MUTUAL BANK,<br><br>HOWARD BIERMAN, AND<br><br>BIERMAN, GEESING, & WARD, LLC<br>                          *Defendants.* | CIVIL NO. 6:07cv00015<br><br><br><u>ORDER</u><br><br><br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in the Memorandum Opinion accompanying this Order:

1) Defendants' Amended Motion to Dismiss Plaintiff's Second Amended Complaint (docket entry no. 43) is hereby GRANTED,[1]

2) Plaintiff's claims are hereby DISMISSED WITH PREJUDICE, and

3) the Clerk of the Court is hereby directed to STRIKE this case from the Court's docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

December 19, 2007
Date

---

[1] Defendants' previous motions to dismiss (docket entry nos. 8, 18, and 42) are hereby DENIED AS MOOT.